# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: FRACHALLA, THOMAS P § Case No. 09-44910
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/21/2014 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/15/2014    By: /s/DEBORAH K. EBNER
                                               Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: FRACHALLA, THOMAS P § Case No. 09-44910
 §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,000.00 |
| *and approved disbursements of* | $ 131.70 |
| *leaving a balance on hand of* [1] | $ 11,868.30 |
| **Balance on hand:** | $ 11,868.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,868.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 3.42 | 0.00 | 3.42 |
| Attorney for Trustee, Fees - David Brown | 3,300.00 | 0.00 | 3,300.00 |
| Attorney for Trustee, Expenses - David Brown | 43.98 | 0.00 | 43.98 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,297.40 |
| Remaining balance: | $ 6,570.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,570.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,570.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,606.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | FIA CARD SERVICES, N.A. | 31,606.59 | 0.00 | 6,570.90 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,570.90 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-44910-BWB
Thomas P Frachalla                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 2          Date Rcvd: Jan 17, 2014
                              Form ID: pdf006         Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2014.
db           +Thomas P Frachalla,    22731 Parkview Lane,    Frankfort, IL 60423-1823
14776283     +5/3 Bank Cc,   38 Fountain Square,    Cincinnati, OH 45263-0001
18490007    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102)
14776284     +Best Buy Retail Services,    PO Box 17298,   Baltimore, MD 21297-1298
14776285      CBUSA/Home Depot,   PO Box 6282,    Westerville, OH 43081
14776286     +Cenlar Central Loan Admin & Reporti,    PO Box 211091,    Eagan, MN 55121-2491
14776287     +Chase/Bank One Card Services,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14776288     +Chase/Toys R US,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14776289     +Citi Cards,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
14776290     +Citi Financial Services, inc.,    PO Box 70915,   Charlotte, NC 28272-0915
14776291      Dell Financial Services,    12334 N IH 35,   Austin, TX 78753
14776282    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: 5/3 Bank,    38 Fountain Square,    Cincinnati, OH 45263)
14776292     +HB NV NA,   PO Box 978,    Wood Dale, IL 60191-0978
14776294     +HRS,   1405 Foulk Rd.,    Wilmington, DE 19803-2769
14776293     +House Hold Bank,   2700 SANDERS RD,    Prospect Heights, IL 60070-2701
14776298     +WFNNB/2nd Wind,   4590 E. Broad St.,    Columbus, OH 43213-1301
14776299     +WFNNB/STR,   4590 E. Broad St.,    Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14776295     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 18 2014 00:45:58      Kohls,
               N56 W17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
14776297     +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 18 2014 00:47:04      NCO Financial,
               507 Prudential Rd.,    Horsham, PA 19044-2368
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14776296*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: MBNA America,    1100 N. King St.,    Wilmington, DE 19801)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2014 at the address(es) listed below:
              Ariane  Holtschlag    on behalf of Plaintiff Lisa  Flynn aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Babak  Bakhtiari    on behalf of Defendant Thomas  Franchalla babakb@atbankruptcy.com,
               gus@atbankruptcy.com
              Christopher H Purcell    on behalf of Creditor    First Midwest Bank, N.A. shermlaw13@aol.com
              David  Brown, ESQ    on behalf of Trustee Deborah  Kanner Ebner dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David E Grochocinski    on behalf of Plaintiff Lisa  Flynn lawyers@innovalaw.com,
               lawyers@innovalaw.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah  Kanner Ebner    on behalf of Attorney    Springer, Brown, Covey, Gaertner & Davis, LLC
               dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                  Date Rcvd: Jan 17, 2014
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Elizabeth A. Bates    on behalf of Trustee Deborah  Kanner Ebner ebates@springerbrown.com, jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Kathleen M. McGuire    on behalf of Plaintiff Lisa  Flynn kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
          Konstantine T. Sparagis    on behalf of Defendant Thomas  Franchalla gsparagi@yahoo.com, gus@atbankruptcy.com;josietroester@msn.com;morgan@atbankruptcy.com;drew@atbankruptcy.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   Ocwen Loan Servicing, LLC ND-Two@il.cslegal.com
          Thomas E Springer    on behalf of Trustee Deborah  Kanner Ebner tspringer@springerbrown.com, jkrafcisin@springerbrown.com

                                                                                                             TOTAL: 13