## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FRACHALLA, THOMAS P                              Case No. 09-44910
_____,        Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $632,101.38                   Assets Exempt:  $227,601.38
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,570.90      Claims Discharged
                                                Without Payment: $133,024.69

Total Expenses of Administration: $5,429.10

---

3) Total gross receipts of $    12,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $435,492.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,429.10 | 5,429.10 | 5,429.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,595.00 | 31,606.59 | 31,606.59 | 6,570.90 |
| **TOTAL DISBURSEMENTS** | $575,087.00 | $37,035.69 | $37,035.69 | $12,000.00 |

4) This case was originally filed under Chapter 7 on November 25, 2009. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/21/2014      By: /s/DEBORAH K. EBNER, Trustee
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account with 5th 3rd | 1129-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 5/3 Bank | 4110-000 | 120,348.00 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar Central Loan Admin & Reporti | 4110-000 | 315,144.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$435,492.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties | 2300-000 | N/A | 0.92 | 0.92 | 0.92 |
| Deborah K. Ebner | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 3.42 | 3.42 | 3.42 |
| David Brown | 3210-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| David Brown | 3220-000 | N/A | 43.98 | 43.98 | 43.98 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.07 | 12.07 | 12.07 |
| Rabobank, N.A. | 2600-000 | N/A | 12.84 | 12.84 | 12.84 |
| Rabobank, N.A. | 2600-000 | N/A | 13.30 | 13.30 | 13.30 |
| Rabobank, N.A. | 2600-000 | N/A | 16.62 | 16.62 | 16.62 |
| Rabobank, N.A. | 2600-000 | N/A | 15.95 | 15.95 | 15.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,429.10 | $5,429.10 | $5,429.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | FIA CARD SERVICES, N.A. | 7100-000 | 31,606.00 | 31,606.59 | 31,606.59 | 6,570.90 |
| NOTFILED | HB NV NA | 7100-000 | 482.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HRS | 7100-000 | 482.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/STR | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB/2nd Wind | 7100-000 | 610.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Bank One Card Services | 7100-000 | 21,807.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 12,952.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 26,817.00 | N/A | N/A | 0.00 |
| NOTFILED | 5/3 Bank Cc | 7100-000 | 12,207.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Financial Services, inc. | 7100-000 | 11,265.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Toys R US | 7100-000 | 1,519.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 1,353.00 | N/A | N/A | 0.00 |
| NOTFILED | CBUSA/Home Depot | 7100-000 | 8,838.00 | N/A | N/A | 0.00 |
| NOTFILED | House Hold Bank | 7100-000 | 482.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Retail Services | 7100-000 | 9,175.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $139,595.00 | $31,606.59 | $31,606.59 | $6,570.90 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-44910  **Trustee:** (330480) DEBORAH K. EBNER, Trustee
**Case Name:** FRACHALLA, THOMAS P  **Filed (f) or Converted (c):** 11/25/09 (f)
 **§341(a) Meeting Date:** 01/06/10
**Period Ending:** 05/21/14  **Claims Bar Date:** 04/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 22731 Parkview | 420,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account with 5th 3rd | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account with 5th 3rd | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account with 5th 3rd | 500.00 | 0.00 | | 12,000.00 | FA |
| 5 | Household goods | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Costume Jewlery | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 401K Plan | 124,321.38 | 0.00 | | 0.00 | FA |
| 9 | Verizon Wirless Employee Retirement Account | 85,280.00 | 0.00 | | 0.00 | FA |
| 9 | Assets  Totals (Excluding unknown values) | **$632,601.38** | **$0.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

CASE REOPENED PER ORDER OF 11/19/10 DOCKET # 26 ; Assets Being collected pursuant to Court approved settlement agreement

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** January 15, 2014  (Actual)

Printed: 05/21/2014 10:36 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-44910 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | FRACHALLA, THOMAS P | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******15-66 - Checking Account |
| Taxpayer ID #: | **-***2098 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/21/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/12 | {4} | Thomas Frachalla | partial settlement | 1129-000 | 1,000.00 | | 1,000.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033048088 20130103 | 9999-000 | | 1,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,000.00 | 1,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,000.00 | |
| | | | **Subtotal** | | 1,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/21/2014 10:36 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-44910  
**Case Name:** FRACHALLA, THOMAS P  
**Taxpayer ID #:** **-***2098  
**Period Ending:** 05/21/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,000.00 | | 1,000.00 |
| 01/08/13 | {4} | Debtor | per court order for 1/11 | 1129-000 | 1,000.00 | | 2,000.00 |
| 01/31/13 | {4} | Thomas Frachalla | settlement per ct order | 1129-000 | 1,000.00 | | 3,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 02/07/13 | 10101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #09-44910, Bind # 016026455 | 2300-000 | | 0.92 | 2,989.08 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,979.08 |
| 03/04/13 | {4} | Debtor - Thomas Frachalla | Per Order | 1129-000 | 1,000.00 | | 3,979.08 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,969.08 |
| 04/03/13 | {4} | Thomas Frachalla | settlement payment | 1129-000 | 1,000.00 | | 4,969.08 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 4,959.08 |
| 05/01/13 | {4} | Frachalla, Thomas | settlement per Order | 1129-000 | 1,000.00 | | 5,959.08 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,949.08 |
| 06/06/13 | {4} | Thomas Frachalla | Settlement payment per Order | 1129-000 | 1,000.00 | | 6,949.08 |
| 06/06/13 | {4} | Thomas Frachalla | Reversed - entered in error | 1129-000 | 1,000.00 | | 7,949.08 |
| 06/06/13 | {4} | Thomas Frachalla | | 1129-000 | 1,000.00 | | 8,949.08 |
| 06/06/13 | {4} | Thomas Frachalla | Reversed Deposit 100007 | 1129-000 | -1,000.00 | | 7,949.08 |
| 06/06/13 | {4} | Thomas Frachalla | Reversed Deposit Adj. 8 | 1129-000 | -1,000.00 | | 6,949.08 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,939.08 |
| 07/02/13 | {4} | Thomas Frachalla | | 1129-000 | 1,000.00 | | 7,939.08 |
| 07/30/13 | {4} | Thomas Frachalla | | 1129-000 | 1,000.00 | | 8,939.08 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.07 | 8,927.01 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.84 | 8,914.17 |
| 09/03/13 | {4} | Thomas Frachalla | | 1129-000 | 1,000.00 | | 9,914.17 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.30 | 9,900.87 |
| 10/17/13 | {4} | Thomas Frachalla | settlement payment | 1129-000 | 2,000.00 | | 11,900.87 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.62 | 11,884.25 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.95 | 11,868.30 |
| 02/24/14 | 10102 | DEBORAH K. EBNER | Dividend paid 100.00% on $3.42, Trustee Expenses; Reference: | 2200-000 | | 3.42 | 11,864.88 |
| 02/24/14 | 10103 | Deborah K. Ebner | Dividend paid 100.00% on $1,950.00, Trustee Compensation; Reference: TRUSTEE COMPENSATION | 2100-000 | | 1,950.00 | 9,914.88 |
| 02/24/14 | 10104 | David Brown | Dividend paid 100.00% on $3,300.00, Attorney | 3210-000 | | 3,300.00 | 6,614.88 |

Subtotals :    $12,000.00    $5,385.12

{} Asset reference(s)

Printed: 05/21/2014 10:36 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-44910  
**Case Name:** FRACHALLA, THOMAS P  
**Taxpayer ID #:** **-***2098  
**Period Ending:** 05/21/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for Trustee Fees (Other Firm); Reference: SPRINGER BROWN ET AL | | | | |
| 02/24/14 | 10105 | David Brown | Dividend paid 100.00% on $43.98, Attorney for Trustee Expenses (Other Firm); Reference: SPRINGER BROWN | 3220-000 | | 43.98 | 6,570.90 |
| 02/24/14 | 10106 | FIA CARD SERVICES, N.A. | Dividend paid 20.78% on $31,606.59; Claim# 1-2; Filed: $31,606.59; Reference: | 7100-000 | | 6,570.90 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 12,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,000.00 | 0.00 | |
| | | | **Subtotal** | | 11,000.00 | 12,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,000.00** | **$12,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******15-66 | 1,000.00 | 0.00 | 0.00 |
| Checking # ******9266 | 11,000.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)

Printed: 05/21/2014 10:36 PM   V.13.15